# Exhibit B



Account No. 31400B                                    ISO-NJ        XM

Attention : Brooke Isbell

# I S O CLAIMS SERVICES, INC.

Metro Reporting Customer Support 1-800-245-6686 or help@metroreporting.com

Metropolitan Reporting Bureau
BOX 926, William Penn Annex
Philadelphia, PA 19105-0926
FAX (800) 343-9047

*Type of Report:*     INCIDENT

| | | |
|---|---|---|
| INSURED | : | ROBERT GORDON |
| CLAIM NUMBER: | | 00038207 |
| POLICY NUM. : | | 00038207 |
| DATE OF LOSS: | | 12/05/22 |
| LOSS STREET : | | 1991 DELOWE DRIVE |
| LOSS CITY | : | ATLANTA GA |
| POLICE DEPT.: | | ATLANTA POLICE DEPARTMENT ZONE |
| REPORT NUM. : | | 223391307 |
| PCT./DIST. | : | |
| DESC.OF OTHER: | | PERSON SHOT: 1991 DELOWE DR. SW.223391307POST DATE |

**THANK YOU FOR THE ORDER!**  Any questions or problems please feel free to contact PH. (800) 245-6686 or Help@metroreporting.com

NOTICE: The report/information provided to the end user (the Customer) most likely contains consumer identification information governed by the Federal Drivers Privacy Protection Act of 1994 (18 U.S.C. 2721 et seq.) (DPPA), the Gramm-Leach-Bliley Act (15 U.S.C. 6801 et seq.) (GLB), and the Fair Credit Reporting Act (15 U.S.C. 1681 et seq.) (FCRA), including all auto crash reports & all reports and information provided by state DMV'S.

Customer shall not use the information provided herein for any purpose that would violate the privacy obligation policy and any other terms and provisions of the DPPA, GLB or FCRA, or any similar federal, state or local statutes, rules, or regulations. The Customer is responsible for maintaining compliance; as such do not share report/information outside of your company. Any violation of these Laws may subject you to civil and/or criminal penalties.

Customer understands that results/data received are not proprietary, as such are being provided by a third-party source and therefore the accuracy of such results/data is not guaranteed.



1132495677

Atlanta Police Department

# Case # 223391307 - Incident Report

| REPORT DATE / TIME | ZONE / BEAT / SUBDIVISION 4 / SUBDIVISION 5 | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Dec 5, 2022 17:36 | 4 / 410 | Dec 5, 2022 16:46 - 17:36 |

| REPORT AUTHOR | BODY WORN CAMERA? |
|---|---|
| Menos Bouquette #7024 | 1. Yes — Video Footage Available |

**REPORT TAKEN LOCATION**
MAJESTIC PARK APARTMENTS, 1991 DELOWE DR SW, K11, 2000 ALISON CT SW & 2100 DERBY DR SW, ATL, GA 30311

MAJESTIC PARK APARTMENTS, 1991 DELOWE DR SW, K11, 2000 ALISON CT SW & 2100 DERBY DR SW, ATL, GA 30311

## NARRATIVE

On 12/5/2022 at 4:47 PM, I Officer M. Bouquette unit 3410, responded to a person shot call located at 1991 Delowe Dr. (Apt-K11). Upon arrival, I spotted the victim Robert Gordon DOB 10/07/1986 behind Building K. Mr. Gordon advised he was shot by his girlfriend's daughter's boyfriend (Joe Noel DOB: 3/31/2004). Mr. Gordon was unable to tell me what happen due to the fact he was being worked on by Atlanta Fire Eng # 14. I was able to talk to both witnesses Ms. Dominiqiue Wheeler DOB10/28/1985 and Zianna Walker DOB: 03/21/2004. Both witnesses were inside the apartment when the incident occurred. Ms. Walker advised she was arguing with her boyfriend Mr. Noel outside the apartment. Ms. Wheeler advised she opened her front door to see if her daughter was ok. Ms. Walker advised words were exchanged between her boyfriend and her mother's boyfriend Mr. Gordon. Ms. Walker did admit that her boyfriend did shoot inside the home after the arugment.

I notified Det. Carter from Aggravated Assault unit and Crime scene Wilder. Crime scene located a shell casing near the front door. Grady# 752 was on scene and transported the victim to Grady hospital. The victim had GSW to the stomach and upper arm. The suspect was not on scene. Sgt White unit 3495 was on scene.

Nothing further.

## OFFENSE-1

**OFFENSE CODE**
Aggravated Assault - Person Shot (13A)

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| Dec 5, 2022 16:46 | Dec 5, 2022 17:36 | ☒ COMPLETED ☐ ATTEMPTED | ☐ YES ☒ NO |

| SUSPECTED COMPUTER/ HANDHELD DEVICE USE | SUSPECTED ALCOHOL CONSUMPTION | SUSPECTED DRUG USE | DOMESTIC / FAMILY VIOLENCE |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

| WEAPON / FORCE INVOLVED | AGGRAVATED ASSAULT FACTORS / HOMICIDE FACTORS |
|---|---|
| Handgun (Semi Automatic) | Argument |

**GANG INFORMATION**
None/Unknown

*OFFENSE LOCATION*
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
MAJESTIC PARK APARTMENTS, 1991 DELOWE DR SW, K11

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| ATL | GA | 30311 | US |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Menos Bouquette #7024   Dec 5, 2022 20:04 (e-signature) | Tabitha White #3921   Dec 5, 2022 22:52 (e-signature) |
| PRINT NAME | PRINT NAME |
| Menos Bouquette #7024 | Tabitha White #3921 |

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| 2000 ALISON CT SW | 2100 DERBY DR SW |
| LOCATION CATEGORY | ZONE / BEAT / SUBDIVISION 4 / SUBDIVISION 5 |
| Residence/ Home / Apartment / Condo | 4 / 410 |

### VICTIMS-1

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-1 GORDON, ROBERT EARL | 1986-10-07 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black or African American / Not Hispanic Or Latino |

**HOME ADDRESS**
MAJESTIC PARK APARTMENTS, 1991 DELOWE DR SW, 2000 ALISON CT SW & 2100 DERBY DR SW, ATL, GA 30311

| PRIOR DIFFICULTIES BETWEEN THE PARTIES? | VICTIM APPRISED OF AVAILABLE REMEDIES? | VICTIM RELIGION |
|---|---|---|
| No | No | Unknown |

**VICTIM IS OFFICER**
☐ YES ☒ NO

### SUSPECTS-1

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 NOEL, JOE THOMAS | 2004-03-31 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black or African American / Not Hispanic Or Latino |

**HOME ADDRESS**
6850 MABELTON PKWY SE, 455, MABELTON, GA 30126

## STOP & THINK

☐ You were in a commercial or residential building or structure
☐ You were not immediately responding to a civilian 911 call

## INVOLVED PERSONS

| INVOLVED PERSON-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 GORDON, ROBERT EARL | 1986-10-07 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black or African American / Not Hispanic Or Latino |

**HOME ADDRESS**
MAJESTIC PARK APARTMENTS, 1991 DELOWE DR SW, 2000 ALISON CT SW & 2100 DERBY DR SW, ATL, GA 30311

**INVOLVEMENT TYPE A**
Victim

| INVOLVED PERSON-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-2 NOEL, JOE THOMAS | 2004-03-31 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black or African American / Not Hispanic Or Latino |

**HOME ADDRESS**
6850 MABELTON PKWY SE, 455, MABELTON, GA 30126

**INVOLVEMENT TYPE A**
Suspect

| INVOLVED PERSON-3 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-3 WHEELER, DOMINIQUE NICOLE | 1985-10-28 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | Black or African American / Not Hispanic Or Latino | (470) 276-2477 (primary, Mobile Phone) |

**HOME ADDRESS**
MAJESTIC PARK APARTMENTS, 1991 DELOWE DR SW, K11, 2000 ALISON CT SW & 2100 DERBY DR SW, ATL, GA 30311

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Menos Bouquette #7024   Dec 5, 2022 20:04 (e-signature) | Tabitha White #3921   Dec 5, 2022 22:52 (e-signature) |
| PRINT NAME | PRINT NAME |
| Menos Bouquette #7024 | Tabitha White #3921 |

| INVOLVEMENT TYPE A | | | |
|---|---|---|---|
| Witness | | | |
| INVOLVED PERSON-4 NAME (LAST, FIRST MIDDLE) | | | DOB / ESTIMATED AGE RANGE |
| P-4 Walker, Zianna Nicole | | | 2004-03-21 |
| SEX | RACE / ETHNICITY | PHONE NUMBER | |
| Female | Black or African American / Not Hispanic Or Latino | (719) 464-3669 (primary, Cell) | |
| HOME ADDRESS | | | |
| BRICKWOOD APTS, 1991 DELOWE DR SW, K11, 2000 ALISON CT SW & 2100 DERBY DR SW, ATL, GA 30311 | | | |
| INVOLVEMENT TYPE A | | | |
| Witness | | | |

## INVOLVED LOCATIONS

LOCATION

MAJESTIC PARK APARTMENTS, 1991 DELOWE DR SW, K11, 2000 ALISON CT SW & 2100 DERBY DR SW, ATL, GA 30311

## MEDICAL ADDENDUM

| CASE # | | | |
|---|---|---|---|
| 223391307 | | | |
| INJURED PERSON-1 NAME (LAST, FIRST MIDDLE) | | | DOB / ESTIMATED AGE RANGE |
| ROBERT EARL GORDON | | | 1986-10-07 |
| WHERE INJURED-1 | INJURY TYPE | DESCRIPTION OF INJURY | |
| Chest | Gunshot | GSW CHEST & UPPER RIGHT ARM | |

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| DOMINIQUE NICOLE WHEELER | ACQUAINTANCE OF | Zianna Nicole Walker |
| JOE THOMAS NOEL | ACQUAINTANCE OF | DOMINIQUE NICOLE WHEELER |
| JOE THOMAS NOEL | ACQUAINTANCE OF | Zianna Nicole Walker |
| ROBERT EARL GORDON | ACQUAINTANCE OF | DOMINIQUE NICOLE WHEELER |
| ROBERT EARL GORDON | ACQUAINTANCE OF | JOE THOMAS NOEL |
| ROBERT EARL GORDON | ACQUAINTANCE OF | Zianna Nicole Walker |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Menos Bouquette #7024   Dec 5, 2022 20:04 (e-signature) | Tabitha White #3921   Dec 5, 2022 22:52 (e-signature) |
| PRINT NAME | PRINT NAME |
| Menos Bouquette #7024 | Tabitha White #3921 |