# Exhibit E

# KINSALE INSURANCE

August 08, 2023

Sent Via
    Certified Mail - Return Receipt Requested
    Regular Mail
    Email: yjohnlai@yahoo.com

Brentwood Investment Group LLC
Attention: SDGA Adams Park, LLC
4079 Governor Drive, PMB 168
San Diego, CA 92122

| | |
|---|---|
| **Re:** | **Acknowledgement of Claim and Reservation of Rights** |
| **Insured:** | Brentwood Investment Group LLC |
| **Claimant:** | Robert Gordon |
| **File No.:** | 00038207 |

Dear Mr. Lai:

This letter will acknowledge receipt on July 3, 2023, by Kinsale Insurance Company ("Kinsale") of the above referenced matter that was reported via email by Bruce J. Federspiel of Rhodes Risk Advisors. The email contained an Acord Form, a copy of the Policy, and a letter of representation for Robert Gordon (the "Claimant") from Jeremy E. Pineres of W. Calvin Smith II, PC. This letter will also serve to confirm our subsequent email on July 5, 2023, where we discussed the matter.

Kinsale has reviewed the information provided in comparison with the terms and conditions of the Commercial General Liability Policy, bearing Policy number 0100194215-0 issued by Kinsale to Brentwood Investment Group LLC (the "Policy").

The purpose of this letter is to make you aware of various provisions in the Policy which could affect coverage for this matter. Please be advised that Kinsale is investigating this matter subject to a complete reservation of rights under the Policy, as further discussed below.

## THE MATTER

According to correspondence from the Claimant's Counsel, it is alleged that the Claimant was visiting his girlfriend, Dominique Wheeler, at her apartment on December 5, 2022. At approximately 4:45 pm an individual appeared at their apartment door. This individual turned out to be Ms. Wheeler's daughter's ex-boyfriend (the "Assailant"). The Daughter met the Assailant outside and they began to loudly argue. During the argument, it was noted that the Assailant was in possession of a gun. The Claimant eventually opened the door and told the daughter and the Assailant they were being disruptive. The Assailant then pointed his gun at the Claimant and shot him four times, hitting the Claimant's abdomen, right arm, chest and ribs.

Brentwood Investment Group LLC
August 08, 2023
Page **2** of **10**

The correspondence alleges the Assailant entered the premises through the front gate, which is alleged at the time to be broken and remained open. Further alleged Ms. Wheeler's phone number was the only number attached to the call box for her apartment and she did not allow him in. To the Claimants knowledge during the argument, the security guard on site did not attempt to intervene, try to have the Assailant leave the property, or call the police.

The police report notes that the Claimant and the Assailant exchanged words and the Assailant shot the Claimant inside of the home and was shot in the stomach and upper arm. An investigation into this matter is still ongoing.

## THE KINSALE POLICY

Kinsale issued the Policy to Brentwood Investment Group LLC ("Brentwood Investment") effective from 06/02/2022 TO 06/02/2023, with limits of insurance of $1 million per occurrence and $2 million in the aggregate. The Policy includes a per occurrence deductible of $5,000 that applies to damages and Supplementary Payments.[1]

Your attention is directed to Policy Form CG 00 01 04 13, which reads in pertinent part as follows:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**
   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property

---

[1] Pursuant to Policy Form CAS3009 0110 Exclusion – Medical Payments, Section I – Coverages, Coverage C – Medical Payments and all references to it are deleted in their entirety and not replaced.

**Kinsale Insurance Company**
**Claims Department**
2035 Maywill Street, Suite 100, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

Brentwood Investment Group LLC
August 08, 2023
Page **3** of **10**

    damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:
  **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
  **(2)** The "bodily injury" or "property damage" occurs during the policy period; and
  **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

***

**SECTION V – DEFINITIONS**

***

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

***

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

***

Please be aware that the Policy includes certain endorsements that modify the Policy. Notably, the Policy includes Form CAS3002-1016 - Exclusion - Assault and Battery. The Policy language is provided below:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION – ASSAULT AND BATTERY

**Kinsale Insurance Company**
**Claims Department**
2035 Maywill Street, Suite 100, Richmond, VA 23230 · Phone 804.289.1300
P. O. Box 17008 · Richmond, Virginia 23226

Brentwood Investment Group LLC
August 08, 2023
Page **4** of **10**

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

The following exclusion is added to this policy:

This insurance does not apply to any claim or "suit" for "bodily injury", "property damage" or "personal and advertising injury" arising out of, related to, or, in any way involving any actual or alleged assault, battery, harmful or offensive contact, or threat, whether provoked or unprovoked. This exclusion includes but is not limited to:

1. The prevention or suppression, or the failure to suppress or prevent any assault, battery, harmful or offensive contact, or threat;

2. The failure to provide an environment safe from any assault, battery, harmful or offensive contact, or threat, or the failure to warn of the dangers of the environment that could contribute to any assault, battery, harmful or offensive contact, or threat;

3. The selling, servicing or furnishing of alcoholic beverages resulting in any assault, battery, harmful or offensive contact, or threat;

4. Injury or damage committed while using reasonable force to protect persons or property or acting in self-defense;

5. The reporting or failing to report to the proper authorities;

6. Conducting or failing to conduct an investigation of any assault, battery, harmful or offensive contact, or threat;

7. Providing or failing to provide first aid or medical treatment, or otherwise handling or responding after there has been an assault, battery, harmful or offensive contact, or threat;

8. Any assault, battery, harmful or offensive contact, or threat whether caused by, or at the instigation, instruction, direction or due to the negligence of the insured, the insured's employees, agents, patrons, customers or any other person arising from any causes whatsoever; or

9. The negligent hiring, employment, training, supervision, or retention of any employee or agent of any insured with respect to items 1. through 8. above.

This exclusion applies regardless of fault or intent and regardless of the particular cause of action.

This exclusion applies to any claim or "suit" regardless of whether assault, battery, harmful or offensive contact, or threat is the initial precipitating cause or is in any way a cause, and regardless of whether any other actual or alleged cause contributed concurrently, proximately, or in any sequence, including whether any actual or alleged "bodily injury", "property damage" or "personal and advertising injury" arises out of a chain of events that includes any assault, battery, harmful or offensive conduct.

For purposes of this endorsement, **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions**, item **a. Expected or Intended Injury** is deleted and replaced with the following:

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

Brentwood Investment Group LLC
August 08, 2023
Page **5** of **10**

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

\*\*\*

Next, please direct your attention to Policy Form CAS3103-0718 - Exclusions - Eviction and Failure to Maintain, which states as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSIONS – EVICTION AND FAILURE TO MAINTAIN

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

**A.** The following exclusions are added to this policy:

This insurance does not apply to any claim or "suit" for "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of, related to, or, in any way involving:

1. Violation of any law, local order or directive involving any duty to:
   a. Maintain any room, dwelling or premises in a safe, sanitary, healthy, habitable or tenantable condition; or
   b. Restore any room, dwelling or premises to a safe, sanitary, healthy, habitable or tenantable condition.
2. Any failure to respond to or comply with any federal, state, municipal or local order or directive to correct conditions at or near any room, dwelling or premises in violation of any federal, state, municipal or local statute, ordinance, rule, order or regulation.
3. Breach of any lease, rental agreement, contract, warranty or covenant, whether written or oral, involving any duty to maintain any room, dwelling or premises in a safe, sanitary, healthy, habitable or tenantable condition.
4. Violation of:
   a. Any Housing and Urban Development laws, ordinances or statutes;
   b. Any rent stabilization laws or ordinances;
   c. Any federal, state or local government subsidized program rules or regulations; or
   d. Any administrative rules or regulations pertaining to a. through c. above, including but not limited to those promulgated by local authorities.
5. Violation of:
   a. The California Civil Code Section 1941-1941.1 inclusive;
   b. The California Civil Code Section 1942.4 inclusive;
   c. The California Health and Safety Code Section 17920-17928 inclusive;
   d. The California Mobile Home Residency Law (California Civil Code Sections 798 through 799.5 inclusive);
   e. The California Mobile Home Parks Act (California Health & Safety Code Sections 18200 through 18700, inclusive); or

Brentwood Investment Group LLC
August 08, 2023
Page **6** of **10**

      f.   Any administrative rules or regulations pertaining to a. through e. above, including but not limited to those promulgated by local authorities.
6. The wrongful eviction from, wrongful entry into, or invasion of private right of occupancy of a room, dwelling or premises, either actual or constructive, arising in whole or in part or in any way involving items 1. through 5. above.

**B.** The exclusions set forth in this endorsement shall apply:

    a.   Whether the insured may be liable as an owner, landlord, tenant, operator or property manager or in any other capacity; and
    b.   To any obligation to pay any attorneys' fees or costs, or share damages with, indemnify or repay someone else who must pay damages because of "bodily injury", "property damage" or "personal and advertising injury" arising out of items 1. through 6. above; and
    c.   To the negligent hiring, employment, training, monitoring, supervision, or retention of any employee or agent of any insured with respect to items 1. through 6. above.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

\* \* \*

Next, please direct your attention to Policy Form CAS2042-0418 - Limitation of Coverage A and Coverage C to Designated Location(s) or Project(s) or Event(s), which states as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE A AND COVERAGE C TO DESIGNATED LOCATION(S) OR PROJECT(S) OR EVENT(S)

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**

**SCHEDULE**

| **Designated Location(s) or Project(s) or Event(s):** | |
|---|---|
| **1.** | 1991 Delowe Dr SW, Atlanta, GA 30311 |
| (If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this policy) ||

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, **1.b. (1)** is deleted and replaced with the following:

    **b.**   This insurance applies to "bodily injury" or "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place at a Designated Location or Project or Event identified in the Schedule above, and the "bodily injury" or "property damage" also takes place at a Designated Location or Project or Event;

If included in this policy, **SECTION I – COVERAGES, COVERAGE C MEDICAL PAYMENTS**, **1.a.** is deleted and replaced with the following:

**a.** We will pay medical expenses as described below for "bodily injury" only if the "bodily injury" is caused by an accident that takes place at a Designated Location or Project or Event identified in the Schedule above;

provided that:

**(1)** The accident takes place during the policy period;
**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and
**(3)** The injured person submits to examination at our expense, by physicians of our choice as often as we reasonably require.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

* * *

Next, please direct your attention to Policy Form CAS3043-0621 - Additional Policy Exclusion which states as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL POLICY EXCLUSIONS

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE**
**LIQUOR LIABILITY COVERAGE**

The following exclusions are added to this Policy:

* * *

**DUTY TO DEFEND EXCLUSION**

Where there is no coverage under this Policy, there is no duty to defend.

* * *

Brentwood Investment Group LLC
August 08, 2023
Page **8** of **10**

## RESERVATION OF RIGHTS

As previously stated, Kinsale is investigating this matter under a full reservation of rights. As stated above in the Policy's Insuring Agreement for Coverage A – Bodily Injury and Property Damage Liability, Kinsale will pay those sums that the "insured" becomes legally obligated to pay as "damages" because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those "damages". However, we will have no duty to defend the insured against any "suit" seeking "damages" for which this insurance does not apply.

Your attention is directed to Policy Form CAS2042-0418 - Limitation of Coverage A and Coverage C to Designated Location(s) or Project(s) or Event(s) which states this insurance applies to "bodily injury" or "property damage" only if the "bodily injury" or "property damage" is caused by an "occurrence" that takes place at a Designated Location or Project or Event identified in the Schedule above, and the "bodily injury" or "property damage" also takes place at a Designated Location or Project or Event. The only location designated in the endorsements is "1991 Delowe Dr SW, Atlanta, GA 30311." To the extent the apartment leased to the Claimant's girlfriend is different than what is scheduled, Kinsale accordingly reserves its rights to coverage for this matter pursuant to the Policy Form CAS2042-0418 - Limitation of Coverage A and Coverage C to Designated Location(s) or Project(s) or Event(s).

The policy contains an endorsement that may bar coverage. Your attention is directed to Policy Form CAS3002 1016, Exclusion - Assault and Battery which states this insurance does not apply to any claim or "suit" for "bodily injury" or "property damage" arising out of, related to, or, in any way involving any actual or alleged assault, battery, harmful or offensive contact, or threat, whether provoked or unprovoked. This exclusion includes but is not limited to, the prevention or suppression, or the failure to suppress or prevent any assault, battery, harmful or offensive contact, or threat; the failure to provide an environment safe from any assault, battery, harmful or offensive contact, or threat, or the failure to warn of the dangers of the environment that could contribute to any assault, battery, harmful or offensive contact, or threat; and the negligent hiring, employment, training, supervision, or retention of any employee or agent of any insured. This Exclusion applies regardless of fault or intent and regardless of the particular cause of action. According to correspondence from the Claimant's Counsel, it is alleged that the Assailant then pointed his gun at the Claimant and shot him four times, hitting the Claimant's abdomen, right arm, chest, and ribs. To the extent this matter arises out of, a chain of events that includes an assault, battery, harmful or offensive conduct, Kinsale respectfully reserves the right to disclaim coverage for this matter pursuant to the Policy Form CAS3002 1016, Exclusion – Assault and Battery.

Kinsale also reserves its rights under Exclusion a. – Expected or Intended Injury of Coverage Part A, as well as the policy's definition of an "occurrence" as outlined in Policy Form CAS3002 1016, Exclusion - Assault and Battery. First, the Exclusion bars coverage for "bodily injury" that was "expected or intended from the standpoint of the insured." Additionally, the policy defines an "occurrence" in pertinent part as an "accident." According to correspondence from the Claimant's Counsel, it is alleged that the Assailant then pointed his gun at the Claimant and shot him four times, hitting the Claimant's abdomen, right arm, chest, and ribs. Accordingly, Kinsale reserves its rights to disclaim coverage pursuant to Policy Form CAS3002 1016, Exclusion - Assault and Battery under Exclusion a. – Expected or Intended Injury. For all the same reasons, Kinsale reserves its rights under the definition of "occurrence," which is limited to an unforeseeable "accident" to disclaim coverage this matter pursuant to the Policy Form CAS3002 1016, Exclusion – Assault and Battery.

Brentwood Investment Group LLC
August 08, 2023
Page **9** of **10**

Your attention is next directed to Policy Form CAS3103-0718 - Exclusions - Eviction and Failure to Maintain which states this Exclusion bars coverage for damages or expenses due to "'bodily injury'… arising directly or indirectly out of, related to, or, in any way involving" the violation of any law, local order or directive involving any duty to either maintain or restore "any room, dwelling or premises in a safe, sanitary, healthy, habitable or tenantable condition", any failure to respond to or comply with any federal, state, municipal or local order or directive to correct conditions at or near any room, dwelling or premises, in violation of any federal, state, municipal or local statute, ordinance, rule, order or regulation", and the breach of any lease, rental agreement, contract, warranty or covenant, whether written or oral, involving any duty to maintain any room, dwelling or premises in a safe, sanitary, healthy habitable or tenantable condition. The correspondence alleges the Assailant entered the premises through the front gate, which is alleged at the time to be broken and remained open. Further alleged Ms. Wheeler's phone number was the only number attached to the call box for her apartment and she did not allow him in. To the extent this matter arises out of Brentwood Group's failure to maintain the premises, Kinsale accordingly reserves its rights under the "Eviction and Failure to Maintain" exclusion.

The Policy contains Form CAS3043-0621 - Additional Policy Exclusions which contains the Duty to Defend Exclusion. This Exclusion states where there is no coverage under the Policy, there is no duty to defend. Kinsale reserves its rights accordingly.

As previously mentioned, the investigation into this loss is ongoing; however, please be advised that Kinsale is undertaking this investigation pursuant to a full and complete reservation of rights under the Policy. As noted above, the Policy contains a $5,000 per occurrence deductible which applies to both damages and Supplementary Payments.

To the extent you receive any additional documentation as it pertains to this matter, we request you forward it to the undersigned for our review. We ask that you please forward at your earliest convenience a copy of the incident report and any witnesses.

**RIGHT TO AMEND**

This letter is not a denial of coverage. At this time, Kinsale reserves all its rights and remedies under the Policy as well as under statutes and common law. Nothing in this letter should be construed as a waiver or surrender of the Policy terms, limitations, exclusions, conditions, or agreements. Nor should this letter be considered an exhaustive recitation of all the potential coverage issues or provisions of the Policy that might apply.

Kinsale's decision to reserve all its rights and defenses under the Policy, including its right to deny coverage, is based on the facts presented to date. If any of the information summarized in this letter is incorrect, please immediately advise us so we can further evaluate our position. Kinsale specifically reserves the right to amend or supplement its positions in this letter, and to review and/or consider any additional facts, claims, lawsuits or amendments to this claim and to make a separate determination with regard to indemnification and defense. To that end, should you be served with any new or amended pleadings in this matter, please forward a copy of the same to the undersigned and we will conduct an additional investigation and provide you with an independent determination of coverage.

By handling this matter subject to a complete reservation of rights, Kinsale does not waive or intend to waive the future right to modify this reservation or withdraw it altogether. Specifically, Kinsale reserves the right to institute a declaratory judgment action on the issue of coverage and seek reimbursement of

Brentwood Investment Group LLC
August 08, 2023
Page **10** of **10**

attorney's fees and costs expended to defend you if there is ever a determination of no coverage. By accepting this defense under reservation of rights, you acknowledge and accept the terms of this reservation of rights.

Should you have any questions or have additional information you wish to submit to Kinsale, I may be reached directly at 804-206-2292 or by e-mail at brooke.isbell@kinsaleins.com.

Sincerely,

Brooke Isbell
Claims Examiner
Kinsale Insurance Company


**Applicable in Georgia**
Any person who knowingly, and with intent to defraud any insurance company, files a statement of claim containing any false, incomplete or misleading information may be subject to criminal penalties.


CC:    RSG Specialty, LLC - Atlanta, GA
       Attention: Peter Curin
       Sent via email: peter.curnin@rtspecialty.com

       Rhodes Risk Advisors
       Sent via email: cameron.bryan@rhodesra.com